ROMAN SILVERSMITHS, INC., Appellant, *v.* HAMPSHIRE SILVER Co., INC., et al., Defendants, and IRWIN FENTON, Intervener, Respondent.

Submitted May 19, 1952; decided May 29, 1952.

*Stanley M. Estrow* for motion.

No one opposed.

Motion dismissed upon the ground that the orders do not finally determine the action within the meaning of the Constitution.